810 A.2d 113

**WEST MIFFLIN AREA SCHOOL DISTRICT**

v.

**BOARD OF PROPERTY ASSESSMENT, APPEALS AND REVIEW OF ALLEGHENY COUNTY, Pennsylvania,**

**Petition of Tech One Associates.**

Supreme Court of Pennsylvania.

Nov. 7, 2002.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of November, 2002, the Petition for Allowance of Appeal is hereby **GRANTED** limited to the following issue:

Whether the holder of a commercial sub-lease that obligates the sub-lessee to pay the real estate taxes has standing to challenge a tax assessment.